THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CHAVIS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 12, 2008. The judgment dismissed the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.